IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CR-39 |
| ) | (PHILLIPS/SHIRLEY) |
| WILLIAM WRIGHT, JR., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the Defendant's Motion to Extend Motion Cut-off Deadline [Doc. 11], filed on May 18, 2005. The defendant requests a two-week extension of the May 18, 2005 motion deadline, to June 1, 2005, stating that counsel needs additional time to investigate the case, to receive and review videotapes, and to assess the need for pretrial motions. He contends that the government does not oppose his request for an extension.

Because the government does not oppose an extension and because the defendant has shown good cause, the Court **GRANTS in part** the defendant's motion to extend the motion deadline [**Doc. 11**] in that the Court will extend the deadline. The Court declines to extend the deadline to June 1, as requested by the defendant, because an extension to June 1 would jeopardize the June 8, 2005 pretrial conference date after the government is given time to respond. Instead, the Court extends the motion-filing deadline to **May 31, 2005**. The response deadline is extended to **June 7, 2005**.

1

All other dates and deadlines in the case, including the June 8, 2005 pretrial conference, will remain the same at this time. Accordingly, the defendant's Motion to Extend Motion Cut-off Deadline [**Doc. 11**] is **GRANTED in part and DENIED in part** as set forth herein.

    **IT IS SO ORDERED.**

                                              ENTER:

                                                s/ C. Clifford Shirley, Jr.
                                              United States Magistrate Judge