UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

<u>WILLIAM WRIGHT, JR.</u>,

    Petitioner,

v.                                      3:05-cr-039
                                        3:08-cv-438

<u>UNITED STATES OF AMERICA</u>,

    Respondent.

## **MEMORANDUM AND ORDER**

This is a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255, which was dismissed by the court on February 28, 2012. On March 1, 2012, a large envelope was hand-delivered to the court by an employee of the Knox County Clerk's Office in Knoxville, Tennessee. The envelope was addressed to the Knox County Clerk with a return address of State of Florida, Department of Highway Safety and Motor Vehicles, Neil Kirkman Bldg., Tallahassee, Florida 32399-0500, and post-marked February 27, 2012. The envelope contained the following:

    1.    A notice stating: "THE U.S. POST OFFICE DELIVERED THE ENCLOSED CONTENTS AS 'LOST MAIL' TO THE DEPARTMENT OF HIGHWAY SAFETY & MOTOR VEHICLES."

    2.    An envelope from the Federal Defender Services of Eastern Tennessee, Inc. addressed to William Wright, Jr., at USP Coleman in Coleman, Florida, post-marked January 9, 2007, and bearing a stamped receipt showing the prison received the envelope on January

16, 2007; the envelope contains copies of documents filed by the federal defender on petitioner's behalf with respect to the motion to suppress.

      3.     An envelope from William Wright at USP Atlanta, in Atlanta, Georgia, addressed to this court at an incorrect mailing address, post-marked October 2, 2008, and bearing a postal stamp that the item was not deliverable as addressed, was unable to forward, and returned to sender; the envelope contains numerous institutional papers, including sentence computation date, visitor lists, inmate earning statements, and program review reports.

      4.     An envelope from the Knox County Clerk addressed to William Wright, Jr. at USP Atlanta, and post-marked June 23, 2009; the envelope contains a certified copy of the certificate of marriage of William Wright, Jr. and Juanita Samantha Williams.

The court has reviewed the contents of the afore-mentioned envelopes and finds that the documents therein have no relevance whatsoever to petitioner's § 2255 motion. Accordingly, the Clerk shall not be required to docket the documents in the court's electronic court filing system. The Clerk is **DIRECTED** to attach copies of the envelopes as well as the "lost mail" notice as exhibits to this Memorandum and Order, and to maintain the envelopes and their contents with petitioner's file.

**ENTER:**

                                                                 s/ Thomas W. Phillips
                                                           United States District Judge